No. 92–8039. VALDIOSERA-GODINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8043. GRAHAM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8044. HESLOP v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 92–8049. DEAL v. WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–8052. SHEFFIELD ET AL. v. GREENE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 92–8054. SIMMONS v. HENRY FORD HOSPITAL. Ct. App. Mich. Certiorari denied.

No. 92–8055. THOMAS v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–8056. SPRADLEY v. YOUNGBLOOD ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–8061. BANKS v. SAN DIEGO. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 92–8062. BANKS v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 92–8063. BANKS v. SAN DIEGO. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 92–8065. DIXON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–8066. BROWN v. SEA-LAND SERVICE, INC. C. A. 9th Cir. Certiorari denied.

No. 92–8067. BROWN v. SOUTHERN CALIFORNIA RAPID TRANSIT. C. A. 9th Cir. Certiorari denied.

No. 92–8068. BOTTOMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.